UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPELINE CORP. | * | CIVIL ACTION |
| VERSUS | * | NO. 06-6316 |
| | * | REF: ALL CASES |
| TRANSOCEAN OFFSHORE USA, INC., ET AL. | * | SECTION "L" (4) |

## PARTIAL ORDER OF DISMISSAL

The Court having been advised that all claims of EOG Resources, Inc. ("EOG") and Certain Underwriters at Lloyd's London ("Lloyd's"), parties to Civil Action No. 06-6316, have been firmly compromised,

IT IS ORDERED that the claims of EOG and Lloyd's ONLY in this action be and are hereby DISMISSED without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana this 1st day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE